Fill in this information to identify the case:

Debtor name: **Denver Select Property, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **21-11233**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Better Business Accounting<br>P.O. Box 140975<br>Denver, CO 80214 | | Bookkeeping and accounting services | Contingent Unliquidated | | | $6,795.00 |
| Books, Esther<br>6681 W. Virginia Ave.<br>Lakewood, CO 80226 | | Loans to company used for purchase of equipment, supplies, services, etc. | Contingent Unliquidated | | | $40,033.00 |
| Century Link<br>P.O. Box 91155<br>Seattle, WA 98111-9255 | | Phone services | Contingent Unliquidated | | | $1,577.89 |
| Clear Creek County Tax Assessor<br>PO Box 2000<br>Georgetown, CO 80444 | | Clear Creek County Taxes | | | | $1,426.06 |
| Clear Creek County Tax Assessor<br>PO Box 2000<br>Georgetown, CO 80444 | | Clear Creek County Taxes | | | | $9,381.72 |
| Clear Creek County Tax Assessor<br>PO Box 2000<br>Georgetown, CO 80444 | | Clear Creek County Taxes | | | | $7,556.84 |
| Colorado Activity Center<br>P.O. Box 129<br>701 Granite St., #270<br>Frisco, CO 80443 | | Services | Contingent Unliquidated | | | $1,275.00 |
| Comcast Business<br>9602 S. 300 W Street<br>Sandy, UT 84070 | | Internet phone and cable services | Contingent Unliquidated | | | $1,092.47 |

Debtor **Denver Select Property, LLC**
Name

Case number *(if known)* **21-11233**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Comcast Business**  9602 S. 300 W Street  Sandy, UT 84070 | | **Internet phone and cable services** | **Contingent Unliquidated** | | | $2,037.27 |
| **Core Publishing**  104 Broadway  Denver, CO 80203 | | **Advertising** | **Contingent Unliquidated** | | | $1,000.00 |
| **Empire Sports**  Attn: Mark Reynolds  P.O. Box 127  Georgetown, CO 80444 | | **2017 Building rental** | **Contingent Unliquidated** | | | $6,500.00 |
| **IPFS**  125 Whacker Dr.  Suite 1650  Chicago, IL 60606 | | **Financing of general liability insurance** | **Contingent Unliquidated** | | | $6,945.26 |
| **IPFS**  Dean and Associates  P.O. Box 790420  Saint Louis, MO 63179 | | **Building supplies** | **Contingent Unliquidated** | | | $2,444.12 |
| **IPFS**  24722 Network Place  Chicago, IL 60673 | | **Financing of primary general liability policy** | **Contingent Unliquidated** | | | $2,250.57 |
| **Media Contour**  19 Hillside Dr.  Denver, CO 80215 | | **Website services** | **Contingent Unliquidated** | | | $1,085.00 |
| **Progressive Signs, LLC**  3855 Pecos St.  Denver, CO 80211 | | **Signs** | **Contingent Unliquidated** | | | $4,197.13 |
| **Return on Adventure**  1900 Little Raven St. Suite 120  Denver, CO 80202 | | **Accounting and controlling services** | **Contingent Unliquidated** | | | $17,719.73 |
| **ShrickHR Consulting**  1365 S. Ward Way  Lakewood, CO 80228 | | **HR consulting** | **Contingent Unliquidated** | | | $1,964.00 |
| **Stewart Oxygen Services**  621 Southpark Drive Suite 700  Littleton, CO 80120 | | **Oxygen, AED and CPR training** | **Contingent Unliquidated** | | | $1,014.00 |
| **The Home Depot**  P.O. Box 790420  Saint Louis, MO 63179 | | **Building supplies** | **Contingent Unliquidated** | | | $10,637.01 |